UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PONDEXTER-MOORE, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DISTRICT of COLUMBIA HOUSING )<br>AUTHORITY, *et al.*, )<br>)<br>*Defendants*. )<br>) | Civ. No. 1:22-cv-03706 |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6(b), Counsel for Plaintiff respectfully notices this Court of the withdrawal of attorney Lucia Goin. Plaintiff has consented to the withdrawal and remains represented by attorneys Genevieve Mesch and Aderson Francois, both of whom have entered appearances on behalf of Plaintiff in this matter.

Dated: June 20, 2023

Respectfully submitted,

/s/ *Lucia Goin*
Lucia Goin (DC Bar # 1739389)
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Ave. NW, Ste. 352
Washington, DC 20001
(202) 661-6506
lucia.goin@georgetown.edu

Schyla Pondexter-Moore, Plaintiff